IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REBECCA LYNN ANDERSON,

    Plaintiff,

v.

STATE OF WISCONSIN
DEPARTMENT OF HEALTH AND
FAMILY SERVICES and KATHLEEN
BAILEY EMMERTON, individually
and in her official capacity as Chief of
the Estate Recovery Section of the
Bureau of Health Care Systems and
Operations, Division of Health Care
Financing in the State of Wisconsin
Department of Health and Family
Services,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-82-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants State of Wisconsin Department of Health and Family Services and Kathleen Bailey Emmerton against plaintiff Rebecca Lynn Anderson; plaintiff's case is hereby dismissed.

_Peter Oppeneer_                                    1/30/09

Peter Oppeneer                                              Date